IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EUGENE DONALD SONGETAY,

    Petitioner,

v.

                                                Case No. 21-cv-227-jdp

LARRY FUCHS,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Eugene Donald Songetay's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 6/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |